IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *Smith v. Eli Lilly & Co.* Case No. 2:24-cv-00535 | : : | |

**ORDER**

**AND NOW**, this 13th day of March, 2024, in light of Case Management Order No. 1 filed in 2:24-md-3094 (Doc. No. 2), it is **ORDERED** that the Motion for Extension of Time to File Answer filed in Member Case No. 2:24-cv-00535 (Doc. No. 19) is **DENIED** as **MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1